[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 15-10589
Non-Argument Calendar

_____

D.C. Docket No. 6:13-cr-00231-GAP-DAB-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARCUS L. LEMMONS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(January 19, 2017)

Before JORDAN, ROSENBAUM and JULIE CARNES, Circuit Judges.

PER CURIAM:

Angela B. Wright, appointed counsel for Marcus L. Lemmons in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Lemmons's conviction and sentence are **AFFIRMED**.